**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 14-1128**

―――――――――

ADOL T. OWEN-WILLIAMS, JR.,

            Plaintiff - Appellant,

      v.

CHRISTOPHER CYRAN, (#7816); CITY OF GAITHERSBURG, INC.,

            Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:11-cv-03354-PJM)

―――――――――

Submitted:  May 29, 2014            Decided:  June 2, 2014

―――――――――

Before SHEDD, WYNN, and THACKER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Adol T. Owen-Williams, Jr., Appellant Pro Se.   Kevin Bock
Karpinski, Michael B. Rynd, KARPINSKI, COLARESI & KARP, PA,
Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adol Owen-Williams, Jr., appeals the district court's order denying his motion to reopen or reconsider the district court's order denying relief on his 42 U.S.C. §§ 1981, 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Owen-Williams v. Cyran, No. 8:11-cv-03354-PJM (D. Md. Jan. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED